IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL D. BATES,

    Plaintiff,                                  CIV-S-06-1035 WBS EFB PS

    vs.

DAVID OSBORN and INTERNAL
REVENUE SERVICE,

    Defendants.                             ORDER

/

        On January 29, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed January 29, 2007, are ADOPTED;

2. Defendant's motion to dismiss the "petition to quash summons, petition for writ of mandamus, demand for a bill of particulars and claim for personal damages" is granted without leave to amend;

3. Plaintiff's "motion for default judgment" is denied; and,

4. The Clerk is directed to close this case.

DATED:  February 26, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2